**Electronically Filed
Supreme Court
SCWC-15-0000499
23-APR-2018
12:10 PM**

SCWC-15-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JAMES KIMO MOSES,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000499; CR. NO. 11-1-0320)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant James Kimo Moses'

application for writ of certiorari filed on March 17, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 23, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

